# IN THE SUPREME COURT OF THE STATE OF NEVADA

HECTOR DARIO DOMINGUEZ,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 80332

**FILED**

FEB 0 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on October 31, 2019. The district court served notice of entry of that order on appellant on November 4, 2019. Appellant did not file the notice of appeal, however, until December 27, 2019, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-04785

cc: Hon. Valerie Adair, District Judge
Hector Dario Dominguez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk